No. 513, Misc. CHANDLER ET AL. v. MARKLEY, WARDEN. C. A. 7th Cir. Certiorari denied. *Alfred Avins* for petitioners. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 514, Misc. WALKER v. WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 516, Misc. HENSLER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 517, Misc. JOHNSON v. MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 518, Misc. KEHL v. MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 520, Misc. LEWIS v. ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 543, Misc. ERVING v. CALIFORNIA. Supreme Court of California. Certiorari denied. *Rex H. Minter* for petitioner.

No. 567, Misc. PONS v. REPUBLIC OF CUBA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Thomas A. Ziebarth* for petitioner. *Victor Rabinowitz* and *Leonard B. Boudin* for respondent. *William Harvey Reeves, Chauncey B. Garver* and *Isadore G. Alk* for the First National City Bank of New York, as *amicus curiae,* in support of petitioner.